**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

UNITED STATES OF AMERICA,

        Plaintiff,

v.                                          Case No:  6:15-cv-1240-Orl-40GJK

$98,687.79 IN U.S. CURRENCY and
HAN SOO CHOE,

        Defendants.
_____/

## **ORDER**

This cause is before the Court on the United States of America's Motion for Default Judgment of Forfeiture (Doc. 13) filed on December 10, 2015. The United States Magistrate Judge has submitted a report recommending that the motion be granted.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1.    The Report and Recommendation filed March 11, 2016 (Doc. 14), is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2.    The Motion for Default Judgment of Forfeiture (Doc. 13) is **GRANTED**.

3.    The Clerk is **DIRECTED** to enter a Default Judgment of Forfeiture, forfeiting to the United States all right, title, and interest in Defendant's Funds: $98,687.79 in U.S. Currency.

4.    The Clerk is further **DIRECTED** to close the file.

**DONE AND ORDERED** in Orlando, Florida on March 16, 2016.

                                            PAUL G. BYRON
                                        UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties